UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Zeno K. Legette

Case No.: 18-17644
Chapter: 7
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____June 26, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 30 John Street (1/2 interest)
Haledon, NJ 07508

Fair Market Value: $138,00 |
|---|---|

| Liens on property: | Subject to a first mortgage held by Select Portfolio Servicing on which there is due approximately $345,492 and subject to a second mortgage held by Ocwen Loan Servicing on which there is due approximately $33,783. |
|---|---|

| Amount of equity claimed as exempt: | None |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Eric R. Perkins, Trustee
Address: 40 West Ridgewood Avenue, Ridgewood, New Jersey 07601
Telephone No.: (201) 493-3734

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-17644-JKS
Zeno K Legette                                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 22, 2018
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
```
db              Zeno K Legette,   400 Haledon Avenue,    Paterson, NJ  07503-8073
517459925      +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
517459926     #+Gwendolyn Legette,   30 John Street,    Haledon, NJ 07508-1446
517459928      +I C SYSTEM INC,   PO BOX 64378,    SAINT PAUL, MN 55164-0378
517459929      +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
517459930      +OCWEN LOAN SERVICING I,    4828 LOOP CENTRAL DRIVE,    HOUSTON, TX 77081-2193
517459933      +SPECIALIZED LOAN SERVI,    8742 LUCENT BLVD STE 300,    HIGHLANDS RANCH, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 22 2018 23:04:39     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2018 23:04:36      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517459931      +Fax: 407-737-5634 May 22 2018 23:16:18      OCWEN LOAN SERVICING L,   1661 WORTHINGTON RD,
                 WEST PALM BEACH, FL 33409-6493
517459932      +E-mail/PDF: pa_dc_claims@navient.com May 22 2018 23:02:19     SALLIE MAE,   PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
517459934      +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 23:01:53     SYNCB/WALMART DC,   PO BOX 965024,
                 ORLANDO, FL 32896-5024
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517459927*     +Gwendolyn Legette,   30 John Street,    Haledon, NJ 07508-1446
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
               Mortgage Trust 2004-7HE, Asset-Backed Certificates, Series 2004-7HE dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com,    slahr@mdmc-law.com,nj42@ecfcbis.com,
               gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,    slahr@mdmc-law.com,
               nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Terwin Mortgage Trust 2004-7HE, Asset-Backed Certificates, Series 2004-7HE
               kmcdonald@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Zeno K Legette rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```